| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | CASIMIR J ROGALA |
| Debtor 2 (Spouse, if filing) | LISA A ROGALA |
| United States Bankruptcy Court for the | Northern District of Ohio |
| Case Number | 18-51273 |

# Official Form 410S1
## Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. **File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of Creditor**: U.S. Bank Trust National Association, as Trustee of CVF III Mortgage Loan Trust II

**Court Claim no.** (If known): 13-1

**Date of Payment change:** 06/01/2019
Must be at least 21 days after date of this notice.

**Last 4 digits** of any number you use to identify the debtor's account: **9340**

**New total payment:** $ 2,164.08
Principal, interest and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 421.58        New escrow payment: $ 517.60

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why:

   Current interest rate: %        New interest rate: %

   Current Principal and interest payment: $        New Principal and interest payment: $

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☒ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)
   Reason for change:

   Current Mortgage payment: $        New Mortgage payment: $

Debtor 1     <u>CASIMIR J ROGALA</u>     Case number (*if known*) <u>18-51273</u>
                 First Name    Middle Name    Last Name

## Part 4: Sign here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**   /s/ Ketan Sawarkar                        Date: 05/09/2019
     Signature

**Print:**   Ketan Sawarkar                    Title: Claims Processor
      First Name   Middle Name   Last Name

**Company**   AIS Portfolio Services, LP

**Address**   P.O. Box 201347
           Number      Street

           Arlington     TX     76006
           City           State       ZIP Code

**Contact Phone**   ((888) 455-6662)          Email

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON DIVISION

| Case Name: | CASIMIR J ROGALA<br>LISA A ROGALA | ) ) ) ) ) | Case No. 18-51273<br>Judge: ALAN M. KOSCHIK<br>Chapter: 13 |
|---|---|---|---|
| | Debtor(s). | | |

## CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 05/09/2019 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3002.1(b)(the "Bankruptcy Rules"), U.S. Bank Trust National Association, as Trustee of CVF III Mortgage Loan Trust II filed a Notice of Change of Mortgage Payment (the "Notice"). The Notice was filed due to a post-bankruptcy change of payment on the Debtor'(s) principal place of residence. A copy of the Notice is attached hereto.

The filing of this Notice, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3002.1 and any and all applicable Bankruptcy Rules.

I hereby certify that on 05/09/2019 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid.

Debtor:
CASIMIR J ROGALA
LISA A ROGALA
1701 MAYFLOWER LANE,
HUDSON, OH 44236

I hereby certify that on 05/09/2019 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

Trustee:
KEITH RUCINSKI
ONE CASCADE PLAZA SUITE 2020,
AKRON, OH 44308

Debtor's counsel:
ATTORNEY AT LAW
DAVID A MUCKLOW
919 E TURKEYFOOT LAKE ROAD #B,
AKRON, OH 44312

All Parties in Interest
All Parties requesting Notice

By: /s/ Ketan Sawarkar
Ketan Sawarkar, AIS Portfolio Services, LP.
Authorized Agent for NewRez LLC DBA Shellpoint Mortgage Servicing



Shellpoint Mortgage Servicing  
PO Box 10826  
Greenville, SC 29603 0826  
For Inquiries: (800) 365-7107

Final

CASIMIR J ROGALA  
1701 Mayflower Ln  
Hudson OH 44236

Analysis Date: April 24, 2019  
Loan: ▒▒▒▒▒9340  
Property Address:  
1701 Mayflower Ln  
Hudson, OH 44236

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jun 01, 2019 | Prior Esc Pmt | June 01, 2018 | Escrow Balance Calculation | |
|---|---:|---:|---|---:|---|---:|
| P & I Pmt: | $1,646.48 | $1,646.48 | P & I Pmt: | $1,646.48 | Due Date: | Jul 01, 2017 |
| Escrow Pmt: | $0.01 | $517.60 | Escrow Pmt: | $421.58 | Escrow Balance: | ($6,499.91) |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $5,059.03 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $1,646.49 | $2,164.08 | Total Payment | $2,068.06 | Anticipated Escrow Balance: | ($1,440.88) |

| Shortage/Overage Information | Effective Jun 01, 2019 |
|---|---:|
| Upcoming Total Annual Bills | $6,211.20 |
| Required Cushion | $1,035.20 |
| Required Starting Balance | $2,529.47 |
| Escrow Shortage | ($3,970.35) |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $1,035.20. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below $1,035.20 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from June 2018 to May 2019. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---:|---:|---:|---:|---|---:|---:|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | $2,529.47 | ($844.32) |
| Jun 2018 | $421.58 | | | | * | $2,951.05 | ($844.32) |
| Jun 2018 | | | | $2,529.47 | * County Tax | $2,951.05 | ($3,373.79) |
| Jul 2018 | $421.58 | | $2,529.47 | | * County Tax | $843.16 | ($3,373.79) |
| Aug 2018 | $421.58 | | | | * | $1,264.74 | ($3,373.79) |
| Sep 2018 | $421.58 | | | | * | $1,686.32 | ($3,373.79) |
| Oct 2018 | $421.58 | | | | * | $2,107.90 | ($3,373.79) |
| Nov 2018 | $421.58 | | | | * | $2,529.48 | ($3,373.79) |
| Dec 2018 | $421.58 | | | | * | $2,951.06 | ($3,373.79) |
| Jan 2019 | $421.58 | | | | * | $3,372.64 | ($3,373.79) |
| Jan 2019 | | | | $2,486.73 | * County Tax | $3,372.64 | ($5,860.52) |
| Feb 2019 | $421.58 | | $2,529.47 | | * County Tax | $1,264.75 | ($5,860.52) |
| Mar 2019 | $421.58 | | | | * | $1,686.33 | ($5,860.52) |
| Mar 2019 | | | | $1,195.00 | * Hazard | $1,686.33 | ($7,055.52) |
| Apr 2019 | $421.58 | | | | * | $2,107.91 | ($7,055.52) |
| May 2019 | $421.58 | | | | * | $2,529.49 | ($7,055.52) |
| | | | | | Anticipated Transactions | $2,529.49 | ($7,055.52) |
| Apr 2019 | | $4,637.45 P | | | | | ($2,418.07) |
| May 2019 | | $421.58 P | | | | | ($1,996.49) |
| | $5,058.96 | $5,059.03 | $5,058.94 | $6,211.20 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.  
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing                                                                 Final
For Inquiries: (800) 365-7107

Analysis Date:           April 24, 2019
Loan:           █████9340

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | ($1,440.88) | $2,529.47 |
| Jun 2019 | $517.60 | | | ($923.28) | $3,047.07 |
| Jul 2019 | $517.60 | $2,529.47 | County Tax | ($2,935.15) | $1,035.20 |
| Aug 2019 | $517.60 | | | ($2,417.55) | $1,552.80 |
| Sep 2019 | $517.60 | | | ($1,899.95) | $2,070.40 |
| Oct 2019 | $517.60 | | | ($1,382.35) | $2,588.00 |
| Nov 2019 | $517.60 | | | ($864.75) | $3,105.60 |
| Dec 2019 | $517.60 | | | ($347.15) | $3,623.20 |
| Jan 2020 | $517.60 | | | $170.45 | $4,140.80 |
| Feb 2020 | $517.60 | $2,486.73 | County Tax | ($1,798.68) | $2,171.67 |
| Mar 2020 | $517.60 | | | ($1,281.08) | $2,689.27 |
| Apr 2020 | $517.60 | $1,195.00 | Hazard | ($1,958.48) | $2,011.87 |
| May 2020 | $517.60 | | | ($1,440.88) | $2,529.47 |
| | $6,211.20 | $6,211.20 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is ($1,440.88). Your starting
balance (escrow balance required) according to this analysis should be $2,529.47. This means you have a shortage of $3,970.35.
This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's
deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.
We anticipate the total of your coming year bills to be $6,211.20. We divide that amount by the number of payments expected during the coming year
to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $517.60 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $517.60 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, T NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION**

---

✂ Detach Here


Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826
(800) 365-7107

**Escrow Shortage Reply (This is not a bill)**

| Loan Number: | █████9340 |
|---|---|
| Full Shortage Amount: | $3,970.35 |
| Payment Amount: | $ _____ |

Your escrow shortage has been spread over 0 months, resulting in an additional increase in your monthly payment in the amount of $0.00.

Shellpoint Mortgage Servicing
P.O. Box 740039
Cincinnati, OH 45274-0039

IF YOU CHOOSE to pay your shortage in full, please visit www.ShellpointMtg.com in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address to the left

█████9340